AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>3133 Peoria Street<br>Unit 211<br>Aurora, Colorado | )<br>)<br>)  Case No. 10-SW-5178-MJW<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____State and_____ District of _____Colorado_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is attached to and incorporated by this reference herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached to and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 24, 2010
                                                               *(not to exceed 10 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 MICHAEL J. WATANABE
 U.S. MAGISTRATE JUDGE
 DISTRICT OF COLORADO

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 14th, 2010 at 4:25 p.m.

_____/s/ Michael J. Watanabe_____
Judge's signature

City and state:   Denver, Colorado

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
*Printed name and title*

Attachment A

The business establishment of Taxes Latinos, also known as Taxes Latinos, LLC, is located at 3133 Peoria Street, Unit 211, Aurora, Colorado, 80010, and which is more specifically described as follows:

A space contained within a single-story strip mall with a front door and windows that face east on to Peoria Street. The rear of the property borders a drive way that extends the entire length of the strip mall. The building has a front sidewalk and parking lot. The unit numbers "211" appear horizontally on the outside above the front entrance to the business.



ATTACHMENT B

The terms "records" and "information," as used below, include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electronic, or magnetic form (such as any information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, CD-ROMs, optical discs, backup tapes, printer buffers, smart cards, memory, calculators, pagers, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).

1. Copies of all federal income tax returns and attachments which use an Individual Taxpayer Identification Number (ITIN).

2. Copies of all receipts for the payment of prepared federal income tax returns which use an Individual Taxpayer Identification Number (ITIN).

3. All records that relate to the following five U.S. Treasury checks.

    - Check number 2309 97078962 , dated 08/21/2009, in the amount of $2,087.00, payable to P Nieto Porras & A Arenas Uribe, payee's address P.O. Box 211656 Denver, CO 80221-0380

    - Check number 2309 97079088, dated 08/21/2009, in the amount of $2,305.00, payable to M Apolinar Soto & G Fonseca Arenas, payee's address P.O. Box 39702 Denver, CO 80239-0702

- Check number 2309 97079125, dated 08/21/2009, in the amount of $4,250.00, payable to Mario Carillo Lopez & M Mata Tirado, payee's address P.O. Box 100931 Denver, CO 80250-0931

- Check number 2309 97078982, dated 08/21/2009, in the amount of $3,802.00, payable to R Pineda Castillo & B Villa Mena, payee's address P.O. Box 260303 Lakewood, CO 80226-0303

- Check number 2309 97078790, dated 08/21/2009, in the amount of $1,760.00, payable to S Arando Camacho & K Losada Aragon, payee's address P.O. Box 40183 Denver, CO 80204-0183

4. All applications for the renting of postal or mail boxes.

5. All computer processing units and storage devices.