AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>3133 Peoria Street<br>Unit 211<br>Aurora, Colorado | )<br>)<br>)  Case No. 10-sw-5178-MJW<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ State and _____ District of _____ Colorado _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is attached to and incorporated by this reference herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached to and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____ April 24, 2010 _____
*(not to exceed 10 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.     [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

[ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* for _____ days *(not to exceed 30)*.
   [ ] until, the facts justifying, the later specific date of _____ .

Date and time issued: April 14th, 2010
At 4:25 p.m.                                        _____
                                                    *Judge's signature*

City and state:  Denver, Colorado              MICHAEL J. WATANABE
                                                    U.S. MAGISTRATE JUDGE
                                                    *Printed name and title*
                                                    DISTRICT OF COLORADO

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 10-sw-5178-MJW | Date and time warrant executed: April 15, 2010 @ 10:00 a.m. | Copy of warrant and inventory left with: Romiro Perez |
| Inventory made in the presence of: TFIA Linda Dilkn and S/A Clarissa Coate | | |
| Inventory of the property taken and name of any person(s) seized: See Attached | | |

*[Stamp: FILED, U.S. DISTRICT COURT, DISTRICT OF COLORADO, 2010 APR 19 AM 10:11, GREGORY C. LANGHAM CLERK, BY ____ DEP. CLK]*

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 19, 2010

*[Signature]*
Executing officer's signature

Anthony R. Romero - Special Agent IRS-CI
Printed name and title

Subscribed and sworn before me on April 19, 2010 at 10:09 AM.   By the Court

*[Signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Attachment A

The business establishment of Taxes Latinos, also known as Taxes Latinos, LLC, is located at 3133 Peoria Street, Unit 211, Aurora, Colorado, 80010, and which is more specifically described as follows:

A space contained within a single-story strip mall with a front door and windows that face east on to Peoria Street. The rear of the property borders a drive way that extends the entire length of the strip mall. The building has a front sidewalk and parking lot. The unit numbers "211" appear horizontally on the outside above the front entrance to the business.



ATTACHMENT B

The terms "records" and "information," as used below, include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electronic, or magnetic form (such as any information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, CD-ROMs, optical discs, backup tapes, printer buffers, smart cards, memory, calculators, pagers, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).

1. Copies of all federal income tax returns and attachments which use an Individual Taxpayer Identification Number (ITIN).

2. Copies of all receipts for the payment of prepared federal income tax returns which use an Individual Taxpayer Identification Number (ITIN).

3. All records that relate to the following five U.S. Treasury checks.

    - Check number 2309 97078962, dated 08/21/2009, in the amount of $2,087.00, payable to P Nieto Porras & A Arenas Uribe, payee's address P.O. Box 211656 Denver, CO 80221-0380

    - Check number 2309 97079088, dated 08/21/2009, in the amount of $2,305.00, payable to M Apolinar Soto & G Fonseca Arenas, payee's address P.O. Box 39702 Denver, CO 80239-0702

- Check number 2309 97079125, dated 08/21/2009, in the amount of $4,250.00, payable to Mario Carillo Lopez & M Mata Tirado, payee's address P.O. Box 100931 Denver, CO 80250-0931

- Check number 2309 97078982, dated 08/21/2009, in the amount of $3,802.00, payable to R Pineda Castillo & B Villa Mena, payee's address P.O. Box 260303 Lakewood, CO 80226-0303

- Check number 2309 97078790, dated 08/21/2009, in the amount of $1,760.00, payable to S Arando Camacho & K Losada Aragon, payee's address P.O. Box 40183 Denver, CO 80204-0183

4. All applications for the renting of postal or mail boxes.

5. All computer processing units and storage devices.

# Inventory Listing of Warrant Items Seized at Search Warrant Site

FILED
U.S. DISTRICT COURT
COLORADO
2010 APR 19 AM 10: 11
GREGORY C. LANGHAM
CLERK

**Site Name:** 3133 Peoria St., Unit 211, Aurora, CO 80010
Business, located in a strip mall in Aurora

**Investigation Number:** 1000230725
**Starting Date and Time:** 04/15/2010 10:00 AM
**Ending Date and Time:** 04/15/2010 03:10 PM

**Report Date:** Monday, April 19, 2010

BY _____ DEP. CLK

| Control #: | 1 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Workstation #7 | Locator Code: | |
| Found: | Desk L/Top of work station #7 | | |
| Description: | Seized Per Warrant   Documentation codes, Key | | |

| Control #: | 2 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Front Desk | Locator Code: | |
| Found: | Credenza near desk C | | |
| Description: | Seized Per Warrant   Federal income tax returns with ITIN | | |

| Control #: | 3 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | P-Top Cabinet Drawer | Locator Code: | |
| Found: | Top Cabinet Drawer | | |
| Description: | Seized Per Warrant   Current Files of taxpayers | | |

| Control #: | 4 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Workstation #7 | Locator Code: | L |
| Found: | Workstation #7 | | |
| Description: | Seized Per Warrant   ITIN documents re: Felipe Avados Vidana; 09 tax returns re: Arely Flores, 08 tax return Re: Hector Prestigoi | | |

| Control #: | 5 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Workstation #7 | Locator Code: | |
| Found: | Room L, Desk L | | |
| Description: | Seized Per Warrant   ITIN Invoices | | |

| Control #: | 6 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | P-Top Cabinet Drawer | Locator Code: | P |
| Found: | P-Third drawer from Top | | |
| Description: | Seized Per Warrant   Client Files | | |

| Control #: | 7 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | P-Top Cabinet Drawer | Locator Code: | P |
| Found: | P-third drawer from top | | |
| Description: | Seized Per Warrant   Client Files | | |

| Control #: | 8 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | P-Top Cabinet Drawer | Locator Code: | P |
| Found: | File Cabinet P - 3rd & 4th drawers | | |
| Description: | Seized Per Warrant   Client tax return files with ITINs | | |

| Control #: | 9 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Computer Cabinet | Locator Code: | W |
| Found: | Computer Cabinet | | |
| Description: | Seized Per Warrant   Video Server; S/N not known; WinXP Prod. Key XGWJ6-G6MWX - CV63D-D88HX-XMB6T | | |

| Control #: | 10 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Workstation #7 | Locator Code: | L |
| Found: | Workstation #7, right hand side on floor | | |
| Description: | Seized Per Warrant   Compaq Presario SR 5010 NX; S/N: CNH 713024Z | | |

| Control #: | 11 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Front Desk | Locator Code: | C |
| Found: | right hand side of desk on floor | | |
| Description: | Seized Per Warrant   Compaq Presario SR Z010NX; CNH6340 NWO | | |

| Control #: | 12 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | Workstation #7 | Locator Code: | L |
| Found: | on floor left hand side of desk | | |
| Description: | Seized Per Warrant   Compaq Presario SR5010NX; S/N: CNH 713045N | | |

| Control #: | 13 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | Computer Cabinet | Locator Code: | W |
| Found: | Computer Cabinet | | |
| Description: | Seized Per Warrant   Western Digital external hard drive; S/N WCARW0077795 | | |

| Control #: | 14 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | Computer Cabinet | Locator Code: | W |
| Found: | computer cabinet | | |
| Description: | Seized Per Warrant   Seagate external hard drive S/N a4LS4Q3T0 | | |

| Control #: | 15 | Evidence Box: | 11 |
|---|---|---|---|
| Location: | Computer Cabinet | Locator Code: | W |
| Found: | Computer Cabinet | | |
| Description: | Seized Per Warrant   Compaq Presario SR 1610NX S/N CNN5440GRJ | | |

| Control #: | 16 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | Computer Cabinet | Locator Code: | W |
| Found: | Computer Cabinet | | |
| Description: | Seized Per Warrant   Dell Power Edge; SC440 (server computer) Serial #6CT5WD1 | | |

| Control #: | 17 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Check Cashing Cube | Locator Code: | A |
| Found: | Third drawer filing cabinet | | |
| Description: | Seized Per Warrant   Folders with PO Box applications/keys  tax info - ITIN | | |

| Control #: | 18 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | Workstation #6 | Locator Code: | I |
| Found: | Wjorkstation #6 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N 4J98WD1 | | |

| Control #: | 19 | Evidence Box: | 14 |
|---|---|---|---|
| Location: | Workstation #5 | Locator Code: | H |
| Found: | Workstation #5 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N 8J98WD1 | | |

| Control #: | 20 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | Workstation #4 | Locator Code: | G |
| Found: | Workstation #4 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N 7J98WD1 | | |

| Control #: | 21 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Workstation #3 | Locator Code: | F |
| Found: | Workstation #3 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N 77DZYD1 | | |

| Control #: | 22 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | File Cabinet | Locator Code: | Q |
| Found: | File Cabinet | | |
| Description: | Seized Per Warrant   Client files re ITINs & federal tax returns | | |

| Control #: | 23 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | File Cabinet | Locator Code: | Q |
| Found: | Top drawer; third drawer from top | | |
| Description: | Seized Per Warrant   Client Files - ITIN applications | | |

| Control #: | 24 | Evidence Box: | |
|---|---|---|---|
| Location: | Workstation #2 | Locator Code: | E |
| Found: | Workstation #2 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N C7DZYD1 | | |

| Control #: | 25 | Evidence Box: | 18 |
|---|---|---|---|
| Location: | Workstation #1 | Locator Code: | D |
| Found: | Workstation #1 | | |
| Description: | Seized Per Warrant   Dell Vostro Desktop  S/N B7DZYD1 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 19 |
| **Location:** | File Cabinet 3 | **Locator Code:** | R |
| **Found:** | File Cabinet 3 | | |
| **Description:** | Seized Per Warrant   Client Files | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 10 |
| **Location:** | Back Desk #1 | **Locator Code:** | Z |
| **Found:** | On top of desk | | |
| **Description:** | Seized Per Warrant   Toshiba Satellite A205   S/N 28076891Q | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 20 |
| **Location:** | Back Desk #2 | **Locator Code:** | AA |
| **Found:** | Back Desk #2, Right Hand side of desk | | |
| **Description:** | Seized Per Warrant   Compaq Presario SR 2010NX   S/N CNH6340NX6 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 21 |
| **Location:** | Back Desk #1 | **Locator Code:** | Z |
| **Found:** | Back desk #1; on floor below desk | | |
| **Description:** | Seized Per Warrant   Compaq Presario SR5010NX   S/N CNH7160K4Q | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 1 |
| **Location:** | P-Top Cabinet Drawer | **Locator Code:** | P |
| **Found:** | File Cabinet #1 top drawer; E-file M-O | | |
| **Description:** | Seized Per Warrant   Federal income tax returns and attachments which use an ITIN | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 22 |
| **Location:** | Check Cashing Cube | **Locator Code:** | A |
| **Found:** | Check cashing area | | |
| **Description:** | Seized Per Warrant   Compaq Presario Desktop  S/N CNH6340NX4 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 23 |
| **Location:** | File Cabinet 3 | **Locator Code:** | R |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant   Client Files | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 24 |
| **Location:** | File Cabinet 3 | **Locator Code:** | R |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant   Client files re: ITINs & federal tax returns | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 25 |
| **Location:** | File Cabinet #4 | **Locator Code:** | S |
| **Found:** | Top Drawer of File Cabinet #4 | | |
| **Description:** | Seized Per Warrant   Federal income tax returns containing ITINS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 25 |
| **Location:** | File Cabinet #10 | **Locator Code:** | BB |
| **Found:** | File Cabinet; #10 top of cabinet | | |
| **Description:** | Seized Per Warrant | Forms w/ ITIN files: 2008 Form 1040-Garcia; 2009 Form 1040A-Duluna; 2009 Form 1040A-Marcial; 2009 Form 1040A-Monarres; 2009 Form 1040A-Tlacuatl; 2009 Form 1040A-Marcial | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 26 |
| **Location:** | File Cabinet #5 | **Locator Code:** | T |
| **Found:** | File Cabinet T; drawer 3 | | |
| **Description:** | Seized Per Warrant | Client files re: ITINs & federal tax returns | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 27 |
| **Location:** | File Cabinet #5 | **Locator Code:** | T |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant | Client Files | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | |
| **Location:** | File Cabinet #7 | **Locator Code:** | V |
| **Found:** | File Cabinet #7 | | |
| **Description:** | Seized Per Warrant | Client Files | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 25 |
| **Location:** | File Cabinet #7 | **Locator Code:** | V |
| **Found:** | File Cabinet V; drawers 3 & 4 | | |
| **Description:** | Seized Per Warrant | Client files re ITIN & federal tax returns | |

| | | | |
|---|---|---|---|
| **Control #:** | 40 | **Evidence Box:** | 25 |
| **Location:** | File Cabinet #4 | **Locator Code:** | S |
| **Found:** | File Cabinet | | |
| **Description:** | Seized Per Warrant | Tax returns with ITINs | |

| | | | |
|---|---|---|---|
| **Control #:** | 41 | **Evidence Box:** | 28 |
| **Location:** | File Cabinet #4 | **Locator Code:** | S |
| **Found:** | File Cabinet S | | |
| **Description:** | Seized Per Warrant | Federal Income Tax Return files which use ITINs | |

| | | | |
|---|---|---|---|
| **Control #:** | 42 | **Evidence Box:** | 25 |
| **Location:** | Printer Table #1 | **Locator Code:** | J |
| **Found:** | On Floor - J | | |
| **Description:** | Seized Per Warrant | Client files re ITINs & federal tax returns | |

| Control #: | 43 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | File Cabinet #8 | Locator Code: | X |
| Found: | File Cabinet #8; top & 2nd drawer of X | | |
| Description: | Seized Per Warrant   Client Files | | |

| Control #: | 44 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Workstation #2 | Locator Code: | E |
| Found: | Workstation #2 | | |
| Description: | Seized Per Warrant   Returns with ITINs | | |

| Control #: | 45 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Printer Table #1 | Locator Code: | J & K |
| Found: | Plastic drawers between tables J & K | | |
| Description: | Seized Per Warrant   Federal income tax return for client with ITIN pending | | |

| Control #: | 46 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Printer Table #2 | Locator Code: | K |
| Found: | Printer table | | |
| Description: | Seized Per Warrant   Receipt for ITIN & tax return prep | | |

| Control #: | 47 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Printer Table #2 | Locator Code: | K |
| Found: | Under table K | | |
| Description: | Seized Per Warrant   Client tax returns with ITINs | | |

| Control #: | 48 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Home Depot Shred Box | Locator Code: | FF |
| Found: | Home Depot Shred Box, between AA & Z | | |
| Description: | Seized Per Warrant   Found between Desk #2 & Desk #1; ITIN returns & return docs found in Shred Box. | | |

| Control #: | 49 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Home Depot Shred Box | Locator Code: | FF |
| Found: | Home Depot Shred Box FF | | |
| Description: | Seized Per Warrant   ITIN returns & ITIN return docs | | |

| Control #: | 50 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | Workstation #1 | Locator Code: | D |
| Found: | Workstation #1 | | |
| Description: | Seized Per Warrant   Client folders with ITIN 1040s | | |

| Control #: | 51 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | File Cabinet #8 | Locator Code: | X |
| Found: | Filing Cabinet | | |
| Description: | Seized Per Warrant   Tax returns with ITINs | | |

Page 6 of 8

| Control #:   | 52                                  | Evidence Box:  | 30 |
|---|---|---|---|
| Location:    | File Cabinet #9                     | Locator Code:  | Y  |
| Found:       | File Cabinet #9                     |                |    |
| Description: | Seized Per Warrant   Client Files   |                |    |

| Control #:   | 53                                  | Evidence Box:  | 29    |
|---|---|---|---|
| Location:    | Workstation #3                      | Locator Code:  | F & G |
| Found:       | Between wrkstations 4 & 3           |                |       |
| Description: | Seized Per Warrant   1 drawer cabinet on floor below fax machine between workstations 4 and 3, areas F & G; 2 files for tax returns: 2009 - Maceda; 2008 - Gallegos | | |

| Control #:   | 54                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | File Cabinet #4                     | Locator Code:  | S  |
| Found:       | Top drawer file cabinet             |                |    |
| Description: | Seized Per Warrant   Federal Income Tax Returns which use ITIN | | |

| Control #:   | 55                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | File Cabinet #9                     | Locator Code:  | Y  |
| Found:       | 2nd drawer from top                 |                |    |
| Description: | Seized Per Warrant   File Cabinet Y - Federal income tax returns which use ITIN | | |

| Control #:   | 56                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | File Cabinet #4                     | Locator Code:  | S  |
| Found:       | 2nd drawer from top                 |                |    |
| Description: | Seized Per Warrant   Federal income tax returns which use ITIN | | |

| Control #:   | 57                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | File Cabinet #8                     | Locator Code:  | X  |
| Found:       | 3rd drawer from top                 |                |    |
| Description: | Seized Per Warrant   Federal income tax returns which use ITIN | | |

| Control #:   | 58                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | Printer Table #1                    | Locator Code:  | J  |
| Found:       | Printer Table #1                    |                |    |
| Description: | Seized Per Warrant   Client tax returns with ITINs | | |

| Control #:   | 59                                  | Evidence Box:  | 31 |
|---|---|---|---|
| Location:    | File Cabinet #9                     | Locator Code:  | Y  |
| Found:       | file cabinet                        |                |    |
| Description: | Seized Per Warrant   Client files   |                |    |

| | | | |
|---|---|---|---|
| **Control #:** | 60 | **Evidence Box:** | 31 |
| **Location:** | Workstation #5 | **Locator Code:** | H |
| **Found:** | Workstation #5, black "inbox" | | |
| **Description:** | Seized Per Warrant   Black "inbox" plastic with tax returns: 2008 - Reyes; 2009 - Banuelos; 2008 Banuelos; 2007 - Banuelos; 2006 - Banuelos | | |

| | | | |
|---|---|---|---|
| **Control #:** | 61 | **Evidence Box:** | 31 |
| **Location:** | Top-filing cabinets | **Locator Code:** | P-Y |
| **Found:** | top of filing cabinets P-Y | | |
| **Description:** | Seized Per Warrant   Client Files re federal tax returns with ITINs | | |

| | | | |
|---|---|---|---|
| **Control #:** | 62 | **Evidence Box:** | 31 |
| **Location:** | Workstation #5 | **Locator Code:** | H |
| **Found:** | trash can on floor below area H | | |
| **Description:** | Seized Per Warrant   Tax return 2009 - Torres | | |

| | | | |
|---|---|---|---|
| **Control #:** | 63 | **Evidence Box:** | 32 |
| **Location:** | File Cabinet #9 | **Locator Code:** | Y |
| **Found:** | file cabinet | | |
| **Description:** | Seized Per Warrant   Client Files | | |